NO.
12-06-00392-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

CORY L. MILLER,   §          APPEAL
FROM THE 

APPELLANT

 

V.        §          COUNTY
COURT AT LAW OF

 

MOTHER FRANCES
HOSPITAL,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
has filed a motion to dismiss this appeal and has certified that all other
parties to the appeal have been given notice of the filing of this motion.  In his motion, which is signed by his
attorney, Appellant states that the suit has been settled by the parties, and
that Appellant no longer desires to pursue this appeal.  No decision having been delivered by this
Court, the motion is granted, and the appeal is dismissed
in accordance with Texas Rule of Appellate Procedure 42.1(a)(1).

Opinion delivered December
20, 2006.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

(PUBLISH)